**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

**UNITED STATES OF AMERICA,**  Case No: 22-50043-TC
        Plaintiff,  AUSA: Christine Kenney
          Defendant: Lydia Krebs Albert, AFPD

v.

**DAVID J. HERNANDEZ,**
        Defendant.

| JUDGE: | Judge Rachel E. Schwartz | DATE: | January 19, 2023 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:40 p.m. |
| INTERPRETER: | _____ | PROBATION: | Cody McArthur |

## PROCEEDINGS

☐ Initial Appearance – min.   ☒ **Initial Revocation Hearing – 7 min.**   ☐ Bond Hearing – min.
☐ Arraignment – min.   ☐ Initial Rule 5(c)(3) – min.   ☐ Bond Revocation Hearing – min.
☐ Detention Hearing – min.   ☐ Preliminary Hearing – min.   ☐ In-Court Hearing – min.

☐ Defendant sworn   ☒ **Examined re: financial status**   ☒ **Counsel appointed**
☒ **Constitutional Rights Explained**
☐ Charges and penalties explained to defendant   ☐ Felony   ☐ Misdemeanor
☐ Advised of Due Process Protections Act
☐ Declines to Waive Indictment   ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment   ☐ Information filed
☐ Advised of Rights Under Rule _____
☐ Signed Consent to Transfer _____
☐ Waived Reading of:   ☐ Read to Defendant:
        ☐ Indictment
        ☐ Information
        ☐ Complaint
        ☐ Counts:
☐ Guilty   ☐ Not Guilty
☐ Bond Revoked   ☐ Continued on present conditions   ☐ Release Order executed   ☒ **Remanded to Custody**

☒ **Oral motion by Government for detention of defendant.**
☒ **Detention ordered – Oral motion GRANTED.**
☒ **Final Revocation: March 23, 2023 at 9:15 a.m. before Judge Crouse in Topeka Courtroom 401.**

**OTHER:** Defendant appears in person, in custody and the court appoints Lydia Krebs Albert. Government moves for detention. Defendant waives a preliminary hearing in open court. Defendant waives a detention hearing in open court. Defendant is remanded to the custody of the U.S. Marshal.